NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE ALTAIR ENGINEERING, INC.,** AND **SLICKEDIT INC.,**

*Petitioners.*

---

2014-105

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-806 and 6:12-cv-814, Judge Leonard Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioners' reply stating that their petition for a writ of mandamus is now moot,

IT IS ORDERED THAT:

The petition is dismissed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26